THE PENNSYLVANIA RAILROAD COMPANY, Appellant, *v.* CITY OF ROCHESTER, Respondent.

Argued October 11, 1944; decided November 16, 1944.

*Percy R. Smith* and *Harold J. Adams* for appellant.

*Charles B. Forsyth, Corporation Counsel (Samuel D. Di Pasquale* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.